Cardillo & Corbett
Attorneys for Plaintiff
HEBEI COURAGE SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HEBEI COURAGE SHIPPING CO., LTD.,       :
                                        :
                        Plaintiff,      :   **ECF**
                                        :   **RULE 7.1 STATEMENT**
        -against-                       :
                                        :
BRAVE BULK TRANSPORT LTD.,              :
                                        :
                        Defendant.      :
----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, HEBEI COURAGE SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         August 1, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                HEBEI COURAGE SHIPPING CO., LTD.

                        By:     _____
                                Tulio R. Prieto (TP 8455)