UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HEBEI COURAGE SHIPPING CO., LTD.,          :

                          Plaintiff,       :

            -against-                      :

BRAVE BULK TRANSPORT LTD.,                 :

                          Defendant.       :
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08 05 08

ORDER APPOINTING
PERSON TO SERVE
PROCESS

08 Civ. 6897 (LBS)

        Upon motion of the Plaintiff for an order appointing
Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H.
Castro, or any other partner, associate, paralegal or other
agent of Cardillo & Corbett to serve the Verified Complaint,
Process of Maritime Attachment and Garnishment,
Interrogatories and other process in this action, and

        Upon reading the Affidavit of Tulio R. Prieto, sworn
to August 1, 2008, and good cause having been shown,

        IT IS ORDERED that Tulio R. Prieto, James P. Rau,
Enmanuel O. Suarez, Cesar H. Castro, or any other partner,
associate, paralegal or other agent of Cardillo & Corbett be
and is hereby appointed to serve the Verified Complaint,
Process of Maritime Attachment and Garnishment,
Interrogatories and other process upon the Defendant herein
and upon the garnishees.

Dated:  New York, New York
        August  5 , 2008

                                _____
                                United State District Judge