UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HEBEI COURAGE SHIPPING CO., LTD.,    :
                                     :
                         Plaintiff,  :   **ECF**
                                     :   **NOTICE OF DISMISSAL**
             -against-               :   **PURSUANT TO FRCP**
                                     :   **RULE 41(a)(1)**
BRAVE BULK TRANSPORT LTD.,           :   08 Civ. 6897 (LBS)
                                     :
                         Defendant.  :
------------------------------------x

     PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice.  The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
         August 8, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                HEBEI COURAGE SHIPPING CO., LTD.

                By:  _/s/ Tulio R. Prieto_
                      Tulio R. Prieto (TP 8455)

                                Office and P.O. Address
                                29 Broadway, Suite 1710
                                New York, New York 10006
                                Tel: (212) 344-0464